# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LARRY DAVID JOHNSON**  **PLAINTIFF**
**ADC #163057**

v.                    Case No. 4:21-cv-00840-KGB

**JOHN PUTMAN,** *et al*.                    **DEFENDANTS**

## ORDER

Plaintiff Larry David Johnson filed a complaint pursuant to 42 U.S.C. § 1983 alleging violations of his federally protected rights (Dkt. No. 2). On August 31, 2022, the Court entered an Order granting Mr. Johnson's motion to proceed *in forma pauperis* and directing Mr. Johnson to file an amended complaint within 30 days (Dkt. No. 4). The Court advised Mr. Johnson that failure to comply with the Court's Order could result in the dismissal of his lawsuit without prejudice (*Id*., at 3). A copy of the Court's August 31, 2022, Order was mailed to Mr. Johnson.

Local Rule 5.5(c)(2) provides, in part: "If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas. More than 30 days have passed since Mr. Johnson was directed to file an amended complaint. Mr. Johnson has not, however, filed an amended complaint or otherwise responded to the Court's August 31, 2022, Order. Accordingly, Mr. Johnson's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 1st day of February, 2023.

_____
Kristine G. Baker
United States District Judge