# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LARRY DAVID JOHNSON**  **PLAINTIFF**
**ADC #163057**

v.  Case No. 4:21-cv-00840-KGB

**JOHN PUTMAN**, *et al*.  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Larry David Johnson's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 1st day of February, 2023.

_____
Kristine G. Baker
United States District Judge